JAMES HUNT MILLER (CA BAR # 135160)
P.O. Box 10891
OAKLAND CA 94610
P:(510) 451-2132
F:(510) 451-0824
e:jim_miller0@yahoo.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

Judith Lynne Black,

    Plaintiff,

vs.

The Commissioner of the
Social Security
Administration,

    Defendant.

No. C08-00792 JW

COMPLAINT FOR
DISABILITY BENEFITS
UNDER THE SOCIAL SECURITY
ACT

Plaintiff makes the following representations to this court for the purpose of obtaining judicial review of an administrative decision of Defendant that was "Unfavorable" and adverse to Plaintiff:

1. Plaintiff, whose Social Security Account No. is ...-..-3359, resides in Campbell, Santa Clara County, California.

2. Plaintiff complains in regard to Defendant's decision denying Plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act. As of November 30, 2007 (date of "Decision of the Appeals Council"), the decision has become the "final decision of the Commissioner" for purposes of judicial review (see 42 U.S.C. § 405(g)), and it bears the following caption: "In the case of Judith L. Black (Claimant)"; "Claim for Period of Disability and Disability Insurance

1  Benefits"; "...-..-3359 (Social Security Number)".

2      3. <u>Jurisdiction.</u> Plaintiff has exhausted administrative remedies in this matter
3  and this court has jurisdiction pursuant to 42 U.S.C. section 405(g).

4      4. Plaintiff would show that certain findings in Defendant's decision, including
5  the determinative findings, were not supported by substantial evidence and/or were
6  reached via mis-application of governing legal standards.

7      WHEREFORE Plaintiff seeks judicial review by this court and the entry of
8  judgment for such relief as may be proper, including costs.

9  DATE: February 4, 2008
                                                James Hunt Miller
10                                                 Attorney for Ms. Black

*complaint (social security)    black v. ssa*

2