1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
3 | Social Security Administration
GINA SHIN
4 | Special Assistant United States Attorney

5 | 333 Market Street, Suite 1500
San Francisco, California 94105
6 | Telephone: (415) 977-8926
Facsimile: (415) 744-0134
7 | E-Mail: gina.shin@ssa.gov

8 | Attorneys for Defendant

**FILED**

2008 MAY 12 P 3: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDITH LYNNE BLACK,

　　Plaintiff,

　　v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

　　Defendant.

CIVIL NO. 08-CV-792-JW

ADMINISTRATIVE TRANSCRIPT

**MANUAL FILING NOTIFICATION**

Regarding: Administrative Record to the Defendant's Answer

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

　X　Voluminous Document (PDF file size larger than the efiling system allows)

　___　Unable to Scan Documents

　___　Physical Object (description):

　___　Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

                                          Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

Dated: May 12, 2008          By:    */s/ Gina Shin*
                                            GINA SHIN
                                            Special Assistant United States Attorney