1  JAMES HUNT MILLER (CA BAR # 135160)
   P.O. Box 10891
2  OAKLAND CA 94610
   P:(510) 451-2132
3  F:(510) 451-0824
   e:jim_miller0@yahoo.com
4
   Attorney for Plaintiff
5



IT IS SO ORDERED
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Judith Lynne Black, ) | |
| ) | No.   5:08-cv-00792-JW |
| Plaintiff, ) | |
| ) | PLAINTIFF'S UNOPPOSED |
| vs. ) | MOTION AND PROPOSED |
| ) | ORDER FOR EXTENSION OF |
| Michael J. Astrue, ) | TIME TO FILE PLAINTIFF'S |
| COMMISSIONER of the SOCIAL ) | MOTION FOR SUMMARY |
| SECURITY ADMINISTRATION, ) | JUDGMENT AND/OR REMAND |
| ) | (no hearing) |
| Defendant. ) | |

MOTION.

Plaintiff moves the Court for an extension of time in which to file Plaintiff's Motion. Pursuant to the scheduling order, the motion was to have been filed by June 16, 2008, 30 days plus three days (for service by mail) after Defendant's sending of the administrative transcript on May 12, 2008. Plaintiff seeks a thirty-day extension; this is Plaintiff's first extension request.

Defendant's Counsel Ms. Shin has related that Defendant will/would not oppose this extension. Plaintiff submits and requests that no hearing is necessary in this motion, as is usual in Social Security litigation (per the procedural order), and also because Defendant does not oppose the extension.

RESPECTFULLY SUBMITTED on this twelfth day of June, 2008.

**\*\*\* ORDER \*\*\***

    Before the Court is Plaintiff's Motion for an Extension of Time in which to file its Motion for Summary Judgment. Plaintiff represents that Defendant does not oppose this motion. To date, the Court has not received any opposition. Accordingly, the Court GRANTS Plaintiff's Motion. Plaintiff shall file its Motion for Summary Judgment on or before **July 15, 2008.**

DATE:    June 20, 2008                        _/s/ James Ware_____
                                                         United States District Judge