**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Judith Lynne Black, | NO. C 08-00792 JW |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| Michael A. Astrue, Commissioner of Social Security | |
|     Defendant. | |

    Pursuant to the Court's September 30, 2009 Order Denying Plaintiff's Motion for Summary Judgment; Granting Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Michael A. Astrue, Commissioner of the Social Security Administration and against Plaintiff Judith Lynne Black.

    Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: September 30, 2009

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gina Shin gina.shin@ssa.gov
James Hunt Miller jim_miller0@yahoo.com

**Dated: September 30, 2009**              **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers
                                                  Elizabeth Garcia
                                                  Courtroom Deputy**